

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00533-CV

———————————————

IN THE INTEREST OF R.H., A CHILD

---

On Appeal from the 158th District Court
Denton County, Texas
Trial Court No. 24-11021-158

---

Before Womack, Wallach, and Walker, JJ.
Memorandum Opinion by Justice Womack

## MEMORANDUM OPINION

Appellant C.M.B. attempts to appeal the trial court's "Order Adjudicating Parentage and Dissolution of Temporary Orders" (the Order).

On December 6, 2024, we notified Appellant of our concern that we lacked jurisdiction over this appeal because the Order did not appear to be a final judgment or appealable interlocutory order. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195, 200 (Tex. 2001) (holding that, generally, appeals may be taken only from final judgments or interlocutory orders authorized by statute). We informed Appellant that unless she or any party filed a response showing grounds for continuing the appeal, we could dismiss it for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. While Appellant has filed a response, it does not show grounds for continuing the appeal.[1] Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); *Lehmann*, 39 S.W.3d at 195, 200.

---

[1]Indeed, Appellant candidly acknowledges in her response that she "is of the opinion that jurisdiction is not proper with this court," noting that the Order is neither a final judgment nor an interlocutory order made appealable by statute. Appellant also asks us to clarify "whether a petition for writ of mandamus would be more appropriate" to challenge the Order. We decline Appellant's invitation to clarify the matter, as we are prohibited from issuing advisory opinions. *See Tex Ass'n of Bus. v. Tex. Air Control Bd.*, 852 S.W.2d 440, 444 (Tex. 1993) (noting that "[t]he distinctive feature of an advisory opinion is that it decides an abstract question of law without binding the parties" and that "Texas courts . . . have no jurisdiction to render such opinions"); *In re A.R.*, No. 02-21-00449-CV, 2022 WL 17172491, at *7 n.8 (Tex. App.—Fort Worth Nov. 23, 2022, no pet.) (mem. op.) ("We decline Mother's invitation to clarify the Sealing Order, as we are prohibited from issuing advisory opinions.").

/s/ Dana Womack

Dana Womack
Justice

Delivered:  January 23, 2025